# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| RONALD TOWNSEND | ) |
| *Defendant* | ) |

Case No.  5:13-mj-00031 JLT

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    United States District Court, 2500 Tulare Street, Fresno, CA
                                                                      *Place*

Courtroom 7 before Magistrate Judge Sheila K. Oberto

on                                             5/1/2013 1:30 pm
                                               *Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

**TOWNSEND, Ronald**
**Dkt. No. 13-0031M**      **ADDITIONAL CONDITIONS OF RELEASE**

       Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

( )      **(6)**      The defendant is placed in the custody of:
                       Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, during work hours.
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                SIGNED: _____
                           **CUSTODIAN OR PROXY**

**(X)**   **(7)**   The defendant shall:

(X)   (a)   report on a regular basis to the following agency:
             Pretrial Services and comply with their rules and regulations.

(X)   (b)   abide by the following restrictions on his personal associations, place of abode, or travel:
             Reside at a residence approved by Pretrial Services, and not move or be absent from this residence without prior approval of PSO; travel restricted to the Eastern District of CA. unless otherwise approved in advance by PSO.

(X)   (c)   report in person to the Pretrial Services Agency on the first working day following your release from custody.

(X)   (d)   maintain or actively seek employment, and provide proof thereof to the PSO upon request.

(X)   (e)   submit to the search of your person, property, residence, and vehicle by the Pretrial Services Officer, and any other law enforcement officer under the the immediate and personal supervision of the Pretrial Services Officer, without a search warrant.

(X)   (f)   shall not reside with any children under the age of 18.

(X)   (g)   refrain from possessing a firearm, destructive device, or other dangerous weapon, additionally, you shall provide written proof of divestment of all firearms currently under your control.

( )   (h)   refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.

( )   (i)   participate in a computer restriction and monitoring program as directed by the Pretrial Services Officer;

(X)   (j)   report any prescriptions to PSO within 48 hours of receipt.

(X)   (k)   undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.

(X)   (l)   not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense.

(X)   (m)   not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer.

(X)   (n)   not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer.

(X)   (o)   The Pretrial Services Officer shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities.

(X)   (p)   not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18.

(X)   (q)   not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.

(X)   (r)   not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.

(X)   (s)   not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.

(X)   (t)   surrender any passport to the Clerk, United States District Court prior to your release from custody.

(X)   (u)   obtain no passport during the pendency of this case.

(X)   (v)   participate in the Curfew component of the location monitoring program and abide by all the requirements of the program which will include passive GPS tracking. The defendant shall pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer. You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as directed by the Pretrial Services Officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Bakersfield, CA
_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    4/18/2013

_____
*Judicial Officer's Signature*

Jennifer L. Thurston, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL